UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-23389-CIV-MORENO

GLADYS MENESES,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND AFFIRMING DECISION OF COMMISSIONER OF SOCIAL SECURITY

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Motion for Summary Judgment **(D.E. No. 18)**, filed on **September 15, 2009** and Defendant's Motion for Summary Judgment **(D.E. No. 23)** filed on **December 16, 2009**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 25)** on **April 4, 2011**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that no objections to the Magistrate Judge's Report and Recommendation have been filed and the time for doing so has now passed. The Court, being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 25)** on **April 4, 2011** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Plaintiff's Motion for Summary Judgment is DENIED and Defendant's Motion for

Summary Judgment is GRANTED. The Court affirms the Commissioner of Social Security's decision and finds it is supported by substantial evidence.

(2)   All other pending motions are DENIED as moot and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of April, 2011.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record